DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONNA PECTOL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3086

[May 26, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. 15-7824CF10A.

Donna Pectol, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***